# ORIGINAL

## In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

**MOORISH SCIENCE TEMPLE OF AMERICA**, *et al.*, *pro se*,

        Plaintiffs,

v.

**THE UNITED STATES**,

        Defendant.

No. 11-30C

(Filed Jan. 13, 2011)

FILED
JAN 13 2011
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * *

### ADR ORDER

Pursuant to ¶ 5 of General Order No. 44 – ADR Automatic Referral Procedures (June 21, 2007),

**IT IS ORDERED**, as follows:

This case is not appropriate for ADR and is removed from the ADR Pilot Program. The complaint does not appear to indicate a basis for jurisdiction, so jurisdiction may not lie in the United States Court of Federal Claims.

                                     **Christine Odell Cook Miller**
                                     ADR Judge

cc: Judge Williams