**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA, et. al., | ) ) ) | **FILED** |
| Plaintiffs | ) ) ) | JAN 2 0 2011 |
| v. | ) ) | No. 11-30C (Judge C. Miller) |
| THE UNITED STATES, | ) ) | **U.S. COURT OF FEDERAL CLAIMS** |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Vincent D. Phillips, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Vincent D. Phillips
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> 1100 L Street, N.W., Room 10148
> Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/ VINCENT D. PHILLIPS
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-4591
Facsimile: (202) 514-8640
E-mail: Vincent.Phillips2@usdoj.gov

Dated: January 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of January, 2011, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

        Moorish Science Temple of America
        Post Office Box 222
        Skippers, VA 23879

*[signature]*